UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA       :     **Waiver of Indictment**

- v. -                         :

                                                               23 CR ____ (LAK)

JOSEPH GARRISON,               :

                  Defendant.   :   **23 CRIM 597**

-------------------------------X

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                     _____
                                                     JOSEPH GARRISON
                                                     Defendant

                                                     _____
                                                     Witness

                                                     _____
                                                   CLAY H. KAMINSKY
                                                   Counsel for Defendant

Dated: New York, New York
       Nov. 15 , 2023