AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| Joseph Garrison | ) | Case No. 25-cr-43-jdp-1 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: US District Court 120 N. Henry Street Madison, WI 53703 | Courtroom No.: 260 |
|---|---|
| | Date and Time: 02/05/2026 at 10:00 AM |

This offense is briefly described as follows:

Violations of conditions of supervised release.

Date: 12/09/2025

/s/ A. Dean

*Issuing officer's signature*

A. Dean, Deputy Clerk

*Printed name and title*

☐ Initial appearance is required

I declare under penalty of perjury that I have:

☑ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: 12/12/25

Alyssa Brody

*Server's signature*

Alyssa Brody - Sr. U.S. Probation Officer

*Printed name and title*