IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.  Case No.:  25-cr-43-jdp

JOSEPH GARRISON,

DEFENDANT.

## NOTICE OF APPEARANCE

The United States of America, by Chadwick M. Elgersma, Acting United States Attorney for the Western District of Wisconsin, by Steven P. Anderson, Assistant United States Attorney for that district, gives notice that he files his appearance as counsel for the United States of America in the above-captioned case in place of Assistant United States Attorney David Reinhard.

Dated: January 20, 2026

CHADWICK M. ELGERSMA
Acting United States Attorney

By: /s/
STEVEN P. ANDERSON
Assistant United States Attorney