# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 2/5/2026   DAY: Thursday   START TIME: 10:02 a.m.   END TIME: 10:17 a.m.
JUDGE/MAG.: Peterson   CLERK: jef   REPORTER: JD
PROBATION OFFICER: A. Brody   INTERPRETER: ___   SWORN: ___
CASE NUMBER: 25-cr-43-jdp-1   CASE NAME: USA v. Joseph Garrison

**APPEARANCES:**
AUSA: Steven Anderson   DEFENDANT ATTY.: Jeffrey Wayne Nichols

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: Grade C   CRIMINAL HISTORY CATEGORY: I
ADVISORY GUIDELINE IMPRISONMENT RANGE: 3 to 9 MONTHS.

**SENTENCE:**
COUNT(S) SR*: ☐ INDICTMENT  ☐ INFORMATION
CBOP  CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
      CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☐ VOLUNTARY SURRENDER: ___ between ___ and ___ ;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☐ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☒ REVOKED

**NOTES:**
*CBOP 9 months, 27 months supervised release

TOTAL COURT TIME: 15 minutes